UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JENNIFER RUPE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:21-cv-00455-JMS-TAB |
| | ) | |
| POSEIDON DIVERSIFIED, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MAY 20, 2021, SETTLEMENT CONFERENCE**

Plaintiff and her counsel appeared in person and Defendant and its counsel appeared by telephone May 20, 2021, for a settlement conference. Settlement discussions were held, and this case is settled. Therefore, any pending motions are denied as moot, and all previously ordered dates relating to discovery, filings, schedules, conferences, and trial, if any, are vacated. The parties are given 28 days to file a stipulation of dismissal.

Dated: 5/20/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email