UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNIFER RUPE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No: 1:21-cv-00455-JMS-TAB |
| ) | |
| POSEIDON DIVERSIFIED, INC. dba ) | |
| EVERDRY WATERPROOFING OF ) | |
| GREATER INDIANA, ) | |
| | |
| Defendant. | |

**ORDER DISMISSING LAWSUIT WITH PREJUDICE**

The Court, having considered the parties' Stipulation of Dismissal with Prejudice, finds that it should be approved.

IT IS THEREFORE ORDERED that this action is dismissed, with prejudice, the parties to bear their own costs, including attorneys' fees [22].

SO ORDERED.

Date: 5/28/2021

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Copies to:

All Counsel of Record via CM/ECF